No. 72–1390. Sansanese v. United States. C. A. 2d Cir. Certiorari denied.

No. 72–1402. Calandrillo v. O'Connor et al. Super. Ct. N. J. Certiorari denied. ▮

No. 72–1403. Local 42, International Association of Heat & Frost Insulators & Asbestos Workers v. National Labor Relations Board. C. A. 3d Cir. Certiorari denied. ▮

No. 72–1417. Simmons v. Wetherell et al. C. A. 2d Cir. Certiorari denied. ▮

No. 72–1419. Strom et al. v. Alfveby, Referee. C. A. 8th Cir. Certiorari denied.

No. 72–1421. DeKalb County et al. v. Atlanta Gas Light Co. et al. Sup. Ct. Ga. Certiorari denied. ▮

No. 72–1430. Perkins v. Standard Oil Company of California. C. A. 9th Cir. Certiorari denied. ▮

No. 72–1433. International Union of Operating Engineers, Local 12 v. Southern California Testing Laboratory, Inc., et al. C. A. 9th Cir. Certiorari denied.

No. 72–1456. McClung v. Ford Motor Co. C. A. 4th Cir. Certiorari denied. ▮

No. 72–1459. Stockholders' Protective Committee for Moulded Products, Inc. v. Barry, Trustee, et al. C. A. 8th Cir. Certiorari denied. ▮